UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM CHRISTENSEN, JEFFREY SCOLNICK and WILLIAM FARRELL on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs<br>v.<br><br>APPLE INC.,<br><br>　　　Defendant. | Civil Action No.<br>1:14-cv-10100-DPW |

**DEFENDANT APPLE INC.'S LOCAL RULE 7.3**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(a) of the United States District Court for the District of Massachusetts, Defendant Apple Inc. by and through its undersigned counsel, submits the following corporate disclosure statement.

Apple Inc. is a publicly traded corporation, has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: March 13, 2014

Respectfully submitted,

APPLE INC.

By its attorney,

/s/ *Dustin F. Hecker*
Dustin F. Hecker, BBO # 549171
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 973-6100
Facsimile: (617) 367-2315

Of Counsel:

David M. Walsh (CA Bar No. 120761)
(*pro hac vice* application pending)
Purvi G. Patel (CA Bar No. 270702)
(*pro hac vice* application pending)
Adam M. Sevell (CA Bar No. 266428)
(*pro hac vice* application pending)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA  90017-3543
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454
DWalsh@mofo.com
PPatel@mofo.com
ASevell@mofo.com

1611900v1/5112-1

## CERTIFICATE OF SERVICE

I, Dustin F. Hecker, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Dustin F. Hecker*
Dustin F. Hecker