UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM CHRISTENSEN, JEFFREY SCOLNICK and WILLIAM FARRELL on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs<br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Civil Action No.<br>1:14-cv-10100-DPW |

**MOTION FOR ADMISSION PRO HAC VICE OF
DAVID M. WALSH, AS COUNSEL FOR DEFENDANT, APPLE INC.**

Pursuant to Local Rule 83.5.3(b), the undersigned counsel hereby moves that David M. Walshl, Esq. of Morrison & Foerster LLP, 707 Wilshire Boulevard, Suite 6000, Los Angeles, California, be permitted to appear and to participate in this action *pro hac vice* for the purpose of representing the defendant, Apple Inc., in association with Dustin F. Hecker, Esq., of Posternak Blankstein & Lund LLP, 800 Boylston Street, Boston, Massachusetts.

In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the bar of this Court and am actively engaged in the practice of law within Massachusetts with the law firm of Posternak Blankstein & Lund LLP.

2. As set forth in the certificate attached hereto as Exhibit A, Mr. Walsh is a member in good standing of the bar of the State of California, as well as various federal courts There is no disciplinary action pending against Mr. Walsh in any jurisdiction.

1

3. As set forth in his certificate, Mr. Walsh has familiarized himself with the Local Rules of this Court.

4. In accordance with the Court's "CM/ECF Administrative Procedures", the required filing fee will be delivered to the clerk's office and paid in full within 24 hours after this document is submitted electronically.

WHEREFORE, I respectfully request that this Court admit David M. Walsh, *pro hac vice*, for the purpose of representing the defendant, Apple Inc., in this action.

Respectfully submitted,

**APPLE INC.,**

By its attorneys,

*/s/Dustin F. Hecker*
Dustin F. Hecker (BBO #549171)
POSTERNAK, BLANKSTEIN & LUND LLP
800 Boylston Street
Boston, MA  02199
(617) 973-6131 (phone)
(617) 722-4927 (fax)
dhecker@pbl.com

Date:  March 13, 2014

3

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

The undersigned counsel for Apple Inc. hereby certifies that he has conferred with the plaintiffs' attorney, Alexander Shapoval, who has indicated that he will not oppose the motion.

/s/*Dustin F. Hecker*
Dustin F. Hecker

4

## **CERTIFICATE OF SERVICE**

    I, Dustin F. Hecker, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                       /s/*Dustin F. Hecker*  
                                                       Dustin F. Hecker

Dated:  March 13, 2014

1611822v1/19322-2