# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ADAM CHRISTENSEN, JEFFREY
SCOLNICK and WILLIAM FARRELL on
behalf of themselves and all others similarly
situated,

      Plaintiffs

v.

APPLE INC.,

      Defendant.

Civil Action No.
1:14-cv-10100-DPW

## CERTIFICATE OF DAVID M. WALSH
## PURSUANT TO LOCAL RULE 83.5.3.(B)

DAVID M. WALSH, ESQUIRE, declares and states as follows:

1.     I am an attorney practicing with the law firm of Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California 90017. I have been a member of the bar of the State of California since December 10, 1985 (CA Bar No. 120761).

2.     I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.      My firm and I are representing the defendant along with Dustin F. Hecker of Posternak Blankstein & Lund LLP, The Prudential Tower, 800 Boylston Street, Boston, MA 02199.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___12th___ day of March, 2014, in the State of California.

David M. Walsh, Esq.

2