IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM CHRISTENSEN, JEFFREY SCOLNICK, and WILLIAM FARRELL on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br>    Defendant. | Case No. 14-cv-10100<br><br>Hon. Douglas P. Woodlock |

## STIPULATION OF DISMISSAL

  Plaintiffs Adam Christensen, Jeffrey Scolnick, and William Farrell and Defendant Apple Inc., by and through their undersigned counsel, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this action with prejudice as to Plaintiffs' individual claims and without prejudice as to the proposed class claims. Except as otherwise agreed, each party shall bear its own costs and expenses, including attorneys' fees.

Dated: June 30, 2014              Respectfully Submitted,

**SIPRUT PC**                 **MORRISON & FOERSTER LLP**

By: /s/ Joseph J. Siprut           By: /s/ Purvi G. Patel

Joseph J. Siprut*              David M. Walsh*
*jsiprut@siprut.com*             *dwalsh@mofo.com*
**SIPRUT PC**                  Purvi G. Patel*
17 North State Street             *ppatel@mofo.com*
Suite 1600                   Adam M. Sevell*
Chicago, Illinois 60602            *asevell@mofo.com*
Tel: 312.236.0000              MORRISON & FOERSTER LLP
Fax: 312.470.6588              707 Wilshire Boulevard, Suite 6000
                         Los Angeles, CA 90017
                         Tel: 213.892.5200
                         Fax: 213.892.5454

| | |
|---|---|
| Alexander Shapoval<br>*ashapoval@siprut.com*<br>**SIPRUT PC**<br>1 Winnisimmet Street<br>Chelsea, MA 02150<br>Tel: 617.889.5800<br>Fax: 617.884.3005<br><br>\*  Admitted *pro hac vice*<br><br> *Attorneys for Plaintiff and the Putative Class* | Dustin F. Hecker<br>*dhecker@pbl.com*<br>Adam L. Littman<br>*alittman@pbl.com*<br>**POSTERNAK BLANKSTEIN & LUND LLP**<br>The Prudential Tower<br>800 Boylston Street, 33rd Floor<br>Boston, Massachusetts 02199<br>Tel: 671.973.6100<br>Fax: 617.722.7927<br><br>\*  Admitted *pro hac vice*<br><br>*Attorneys for Defendant Apple Inc.* |

4840-1986-7164, v.  1